Fill in this information to identify the case:

United States Bankruptcy Court for the:

Northern District of Texas

Case number (*If known*): _____ Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Lockett in Global Solutions, Inc dba Lockett-N-Homes |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 26-2844967 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1200 W Walnut Hill Lane | |
| Number        Street | Number        Street |
| Ste 3950 | |
| | P.O. Box |
| Irving              TX    75038 | |
| City                    State    ZIP Code | City                    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Dallas County | |
| County | Number        Street |
| | |
| | City                    State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

| Debtor | Lockett in Global Solutions, Inc dba Lockett-N-Homes | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.　District _____  When _____  Case number _____

　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　　District _____  When _____  Case number _____

　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.　Debtor   Alleo Holding Corp                    Relationship   affiliate

　　　　　District   N.D. Texas                    When   06/02/2025
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　Case number, if known   25-32075

| Debtor | Lockett in Global Solutions, Inc dba Lockett-N-Homes | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                    State          ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

| Statistical and administrative information |
|---|

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Lockett in Global Solutions, Inc dba Lockett-N-Homes | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/02/2025
             MM / DD / YYYY

✗ /s/ Adonis Lockett                            Adonis Lockett
Signature of authorized representative of debtor    Printed name

Title  Managing Member

---

**18. Signature of attorney**

✗ /s/ Guy Holman                            Date  06/02/2025
Signature of attorney for debtor                  MM / DD / YYYY

Guy Holman
Printed name

Guy Harvey Holman, PLLC
Firm name

8330 Lyndon B Johnson Fwy Suite 445
Number        Street

Dallas                          TX        75243
City                            State     ZIP Code

972-325-2900                    gholman@debtreset.net
Contact phone                   Email address

24095171                        TX
Bar number                      State

---

**Fill in this information to identify the case:**

Debtor name _____Lockett in Global Solutions, Inc dba Lockett-N-Homes_____

United States Bankruptcy Court for the: _____Northern District of Texas_____

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................

   $ 4,454,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................

   $ 300.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................

   $ 4,454,300.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................................

   $ 4,258,394.94

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................................

   $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ..............................................

   +$ 1,703,688.32

4. **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b

   $ 5,962,083.26

**Fill in this information to identify the case:**

Debtor name ___Lockett in Global Solutions, Inc dba Lockett-N-Homes___

United States Bankruptcy Court for the: ___Northern District of Texas___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|
| 2. **Cash on hand** | | $ 0.00 |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase (8781) | Checking | _ _ _ _ | $ 100.00 |
| 3.2. | See continuation sheet | | _ _ _ _ | $ 200.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**                                                     $ 300.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 7. **Deposits, including security deposits and utility deposits** | | |

   Description, including name of holder of deposit

   7.1. _____   $_____
   7.2. _____   $_____

Debtor _____   Case number (if known)_____
      Lockett in Global Solutions, Inc dba Lockett-N-Hold
      Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____   $_____

   8.2._____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.   $_____

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   _____ – _____ = ........→   $_____
                                face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:      _____ – _____ = ........→   $_____
                                face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $_____

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____   _____   $_____

    14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

    15.1._____   _____%   _____   $_____

    15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____   _____   $_____

    16.2._____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.   $_____

---

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page 2

Debtor  Lockett in Global Solutions, Inc dba Lockett-N-Heves
_____  Case number (if known)_____
Name

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$ _____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $ _____ | _____ | $ _____ |

Debtor _____        Case number (if known)_____
        Lockett in Global Solutions, Inc dba Lockett-N-Home
        Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                     $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ · | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                     $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor _____
        Lockett in Global Solutions, Inc dba Lockett-N-Home
        Name

Case number *(if known)*_____

| **Part 8:** | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor _____    Case number (if known)_____
    Lockett in Global Solutions, Inc dba Lockett-N-Homes
      Name

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1  4305 Carmel Ave., Fort Worth, TX 76119 | | | | 245,100.00<br>$_____ |
| 55.2  4853 Vinetta Drive, Fort Worth, TX 76119 | | $_____ | _____ | 210,000.00<br>$_____ |
| 55.3  See continuation sheet | | 0.00<br>$_____ | _____ | 3,998,900.00<br>$_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 4,454,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor _____    Case number *(if known)* _____
     Lockett in Global Solutions, Inc dba Lockett-N-Key
     Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

  ☐ No

  ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

  ☐ No

  ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☑ No. Go to Part 12.

  ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➜   $_____
                              Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____

_____   Tax year _____   $_____

_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim     _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim     _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____   $_____

_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

Debtor    Lockett in Global Solutions, Inc dba Lockett-N-Homes    Case number *(if known)*_____
          Name

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 300.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................. ➔ | | $ 4,454,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $ 300.00 | + 91b. $ 4,454,000.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ................................................. $ 4,454,300.00

4,454,300.00

Debtor 1 _____    Case number *(if known)*_____
      Lockett in Global Solutions, Inc dba Lockett-N-Homes
      First Name      Middle Name      Last Name

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Chase (8799) | Checking | |
| Balance: 100.00 | | |
| Bank of America (5809) | Checking | 5809 |
| Balance: 0.00 | | |
| Bank of America (0275) | Checking | 0275 |
| Balance: 0.00 | | |
| Bank of America (7807) | Checking | 7807 |
| Balance: 0.00 | | |
| Chase (8807) | Checking | |
| Balance: 100.00 | | |
| Bank of America (2938) | Checking | 2938 |
| Balance: 0.00 | | |
| Bank of America (5554) | Checking | 5554 |
| Balance: 0.00 | | |
| Bank of America (4220) | Checking | |
| Balance: 0.00 | | |

**55) Real property**

| General description | Nature and extent of interest | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| 3705 Littlejohn Ave. , Fort Worth, TX 76105 | | | | 217,300.00 |
| 1217 High St., Fort Worth, TX 76110 | | | | 141,100.00 |
| 203 Fielding Drive, Mesquite, TX 75149 | | | | 221,400.00 |
| 6200 Kentwood | | | | 200,600.00 |

Debtor 1 _____      Case number *(if known)*_____

First Name      Middle Name      Last Name

Lockett in Global Solutions, Inc dba Lockett-N-Homes

## **Continuation Sheet for Official Form 206 A/B**

Place, Fort
Worth, TX
76112

9104 Farmers                                                    255,700.00
Rd., Fort
Worth, TX 76108

4824 Tallman                                                   165,600.00
St., Fort
Worth, TX
76119

927 Powell St.,                                                221,600.00
 Dallas, TX
75149

2437 Alloway                                                   191,800.00
Drive, Fort
Worth, TX
76119

3532 Pioneer                                                   215,000.00
St., Fort
Worth, TX
76119

4518 Erath St.,                                                225,100.00
 Fort Worth,
TX 76119

4224 Ramey Ave.                                                234,600.00
, Fort Worth,
TX 76105

4001 Fitzhugh                                                  186,900.00
Ave., Fort
Worth, TX 76105

4113 Ave N,                                                    220,800.00
Fort Worth, TX
 76105

900                                                            310,100.00
Blossomwood
Court,
Arlington, TX
76016

7224 Greenlee                                                  268,500.00
St., Fort
Worth, TX
76112

3313 Hatcher                                                   209,100.00
St., Fort
Worth, TX
76119

2713 Cordone                                                   244,700.00

Debtor 1 _____    Case number *(if known)*_____

     Lockett in Global Solutions, Inc dba Lockett-N-Homes

First Name      Middle Name      Last Name

## **Continuation Sheet for Official Form 206 A/B**

St., Fort
Worth, TX
76133

3116 6th Ave.,                                                      269,000.00
Fort Worth, TX
 76110

**Fill in this information to identify the case:**

Debtor name ___Lockett in Global Solutions, Inc dba Lockett-N-Homes___

United States Bankruptcy Court for the: __Northern District of Texas__

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
Fay Servicing

Describe debtor's property that is subject to a lien
3116 6th Ave., Fort Worth, TX 76110

$ 248,513.69      $ 269,000.00

Creditor's mailing address
PO Box 88009
Chicago, IL 60680

Creditor's email address, if known
_____

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number    4154

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
NewRez LLC c/o Shellpoint Mortgage Servicing

Describe debtor's property that is subject to a lien
900 Blossomwood Court, Arlington, TX 76016

$289,386.19      $310,100.00

Creditor's mailing address
PO Box 10826
Greenville, SC 29603

Creditor's email address, if known
_____

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number    0631

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 4,258,394.94

Official Form 206D          Schedule D: Schedule D: Creditors Who Have Claims Secured by Property          page 1 of __11__

Debtor Lockett in Global Solutions, Inc dba Lockett-N-Homes
Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3** **Creditor's name**
NewRez LLC dba Shellpoint Mortgage
Servicing

**Creditor's mailing address**

PO Box 10826
Greenville, 29603

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number**       5336

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

4001 Fitzhugh Ave., Fort Worth, TX 76105

$215,000.00 | $186,900.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**
NewRez LLC dba Shellpoint Mortgage
Servicing

**Creditor's mailing address**

PO Box 10826
Greenville, SC 29603

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number**       0598

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1217 High St., Fort Worth, TX 76110

$221,867.42 | $141,100.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Lockett in Global Solutions, Inc dba Lockett-N-Hopes
_____    Case number (if known)_____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5** Creditor's name
NewRez LLC dba Shellpoint Mortgage Servicing

**Creditor's mailing address**

PO Box 10826
Greenville, SC 29603

**Creditor's email address, if known**

Describe debtor's property that is subject to a lien

4305 Carmel Ave., Fort Worth, TX 76119

$197,833.66     $245,100.00

**Date debt was incurred** _____

**Last 4 digits of account number**     5401

Describe the lien

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.6** Creditor's name
Selene Finance

**Creditor's mailing address**

PO Box 8619
Philadelphia, PA 19101-8619

**Creditor's email address, if known**

Describe debtor's property that is subject to a lien

2437 Alloway Drive, Fort Worth, TX 76119

$203,172.18     $191,800.00

**Date debt was incurred** _____

**Last 4 digits of account number**     6742

Describe the lien

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

| Debtor | Lockett in Global Solutions, Inc dba Lockett-N-Homes | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.7**

**Creditor's name**
Selene Finance
_____

**Creditor's mailing address**
PO Box 8619
Philadelphia, PA 19101-8619
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number**     0631

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                    ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
6200 Kentwood Place, Fort Worth, TX 76112

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $206,866.23   Column B: $200,600.00

---

**2.8**

**Creditor's name**
Selene Finance
_____

**Creditor's mailing address**
PO Box 8619
Philadelphia, PA 19101-8619
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number**     1818

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                    ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
3313 Hatcher St., Fort Worth, TX 76119

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $185,880.35   Column B: $209,100.00

---

Debtor  Lockett in Global Solutions, Inc dba Lockett-N-Homes
Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.9**  **Creditor's name**
Selene Finance

_____

Describe debtor's property that is subject to a lien

4518 Erath St., Fort Worth, TX 76119

$203,172.18      $225,100.00

**Creditor's mailing address**

PO Box 8619
Philadelphia, PA 19101-8619

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number**      6740

Describe the lien

Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10**  **Creditor's name**
Selene Finance

_____

Describe debtor's property that is subject to a lien

2713 Cordone St., Fort Worth, TX 76133

$199,478.14      $244,700.00

**Creditor's mailing address**

PO Box 8619
Philadelphia, PA 19101-8619

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number**      6737

Describe the lien

Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   Lockett in Global Solutions, Inc dba Lockett-N-Homes
_____
Name

Case number (if known)_____

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value of collateral. | **that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** | Creditor's name
Selene Finance
_____

**Describe debtor's property that is subject to a lien**

203 Fielding Drive, Mesquite, TX 75149

$199,478.14   $221,400.00

**Creditor's mailing address**

PO Box 8619
Philadelphia, PA 19101-8619
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**   6743

**Describe the lien**
Agreement you made
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.12** | Creditor's name
Selene Finance
_____

**Describe debtor's property that is subject to a lien**

927 Powell St., Dallas, TX 75149

$258,582.75   $221,600.00

**Creditor's mailing address**

PO Box 8619
Philadelphia, PA 19101-8619
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**   6731

**Describe the lien**
Agreement you made
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

---

Debtor _____    Case number *(if known)*_____
          Lockett in Global Solutions, Inc dba Lockett-N-Homes
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value of collateral. | **that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.13** Creditor's name
       Selene Finance

_____

Describe debtor's property that is subject to a lien

7224 Greenlee St., Fort Worth, TX 76112                    $210,560.29          $268,500.00

**Creditor's mailing address**

PO Box 8619
Philadelphia, PA 19101-8619

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  6739

**Describe the lien**
Agreement you made
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.14** Creditor's name
       Selene Finance

_____

Describe debtor's property that is subject to a lien

4853 Vinetta Drive, Fort Worth, TX 76119                    $181,007.88          $210,000.00

**Creditor's mailing address**

PO Box 8619
Philadelphia, PA 19101-8619

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  6744

**Describe the lien**
Agreement you made
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Lockett in Global Solutions, Inc dba Lockett-N-Homes
Name

Case number *(if known)* _____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.15** **Creditor's name**
Shellpoint

**Describe debtor's property that is subject to a lien**

4113 Ave N, Fort Worth, TX 76105

$237,356.49     $220,800.00

**Creditor's mailing address**

PO Box 10826
Greenville, SC 29603

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   0460

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16** **Creditor's name**
Shellpoint

**Describe debtor's property that is subject to a lien**

9104 Farmers Rd., Fort Worth, TX 76108

$200,000.00     $255,700.00

**Creditor's mailing address**

PO Box 10826
Greenville, SC 29603

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   9879

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor _____   Case number _(if known)_ _____
       Lockett in Global Solutions, Inc dba Lockett-N-Homes
       Name

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.17

**Creditor's name**
Shellpoint

_____

**Creditor's mailing address**

PO Box 10826
Greenville, SC 29603

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number**   0585

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
3532 Pioneer St., Fort Worth, TX 76119

$193,983.02    $215,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

### 2.18

**Creditor's name**
Shellpoint

_____

**Creditor's mailing address**

PO Box 10826
Greenville, SC 29603

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number**   5369

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
3705 Littlejohn Ave., Fort Worth, TX 76105

$221,867.42    $217,300.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor _____
Lockett in Global Solutions, Inc dba Lockett-N-Homes
      Name

Case number *(if known)* _____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.19** **Creditor's name**
Shellpoint
_____

**Creditor's mailing address**

PO Box 10826
Greenville, SC 29603
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** 5443

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

4824 Tallman St., Fort Worth, TX 76119

$190,681.27    $165,600.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.20** **Creditor's name**
Shellpoint
_____

**Creditor's mailing address**

PO Box 10826
Greenville, SC 29603
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** 0544

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

4224 Ramey Ave., Fort Worth, TX 76105

$193,707.64    $234,600.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   Lockett in Global Solutions, Inc dba Lockett-N-Homes

Name

Case number *(if known)*_____

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| McCarthy Holthus<br>1255 W 15th Street<br>Ste 1060<br>Plano, TX, 75075 | Line 2. _2_ | _____ |
| McCarthy Holthus<br>1255 W 15th Street<br>Ste 1060<br>Plano, TX, 75075 | Line 2. _3_ | _____ |
| McCarthy Holthus<br>1255 W 15th Street<br>Ste 1060<br>Plano, TX, 75075 | Line 2. _4_ | _____ |
| McCarthy Holthus<br>1255 W 15th Street<br>Ste 1060<br>Plano, TX, 75075 | Line 2. _5_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor     Lockett in Global Solutions, Inc dba Lockett-N-Homes

United States Bankruptcy Court for the:   Northern District of Texas

Case number
(if known)     _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor _____   Case number _(if known)_ _____
       Lockett N Global Solutions, Inc dba Lockett-N-Homes
       Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
ABC Supply Co Inc c/o DAL Inc
PO Box 162
Primos, PA 19018

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 6,533.12

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** | **Nonpriority creditor's name and mailing address**
Ace Funding Source LLC
295 Madison Ave
Floor 12
New York, NY 10017

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 95,000.00

Date or dates debt was incurred _____

Last 4 digits of account number 5809

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** | **Nonpriority creditor's name and mailing address**
AMEX Delta Skymiles
PO Box 96001
Adin, CA 96006

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number 3008

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** | **Nonpriority creditor's name and mailing address**
Bank of America
PO Box 15284
Wilmington, DE 19850

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 30,000.00

Date or dates debt was incurred _____

Last 4 digits of account number 5554

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** | **Nonpriority creditor's name and mailing address**
Bank of America
PO Box 15019
Wilmington, DE 19850-5019

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 22,000.00

Date or dates debt was incurred _____

Last 4 digits of account number 8820

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** | **Nonpriority creditor's name and mailing address**
Bank of America
PO Box 15284
Wilmington, DE 19850

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number 2938

Is the claim subject to offset?
☑ No
☐ Yes

Debtor ___Lockett n Global Solutions, Inc dba Lockett-4-Homes___
         Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7** **Nonpriority creditor's name and mailing address**

Bank of America
PO Box 15284
Wilmington, DE 19850

$ 0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___4220___

---

**3.8** **Nonpriority creditor's name and mailing address**

Bank of America
PO Box 15284
Wilmington, DE 19850

$ 0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___8820___

---

**3.9** **Nonpriority creditor's name and mailing address**

Bank of America
PO Box 15284
Wilmington, DE 19850

$ 0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___0275___

---

**3.10** **Nonpriority creditor's name and mailing address**

Bank of America
PO Box 15284
Wilmington, DE 19850

$ 0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___5809___

---

**3.11** **Nonpriority creditor's name and mailing address**

Bank of the West
19858 Ventura Blvd
Ste 109
Woodland Hills, CA 91364

$ 15,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___6058___

---

Debtor    Lockett H Global Solutions, Inc dba Lockett-N-Homes    Case number (if known) _____

Name

| **Part 2:** | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 12    **Nonpriority creditor's name and mailing address**

Barclays Advance LLC
651 N Broad St
Ste 201
Middletown, DE 19709

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 70,000.00

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    5809

---

**3.** 13    **Nonpriority creditor's name and mailing address**

BOF TX Tower 1320 LLC c/o Boyer Miller
2925 Richmond Ave
14th Floor
Houston, TX 77098

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 300,000.00

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    5809

---

**3.** 14    **Nonpriority creditor's name and mailing address**

Capital Express Inc.
405 Lexington Ave
Ste 900
New York, NY 10174

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 25,000.00

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    5809

---

**3.** 15    **Nonpriority creditor's name and mailing address**

Chase Card Services
PO Box 15298
Wilmington, DE 19850

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 18,500.00

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    5789

---

**3.** 16    **Nonpriority creditor's name and mailing address**

City of Arlington Water Utilities
PO Box 90020
Arlington, TX 76004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 300.00

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    0305

---

Debtor _Lockett H Global Solutions, Inc dba Lockett-N-Homes_____ Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.17** | **Nonpriority creditor's name and mailing address**

City of Mesquite
757 N Galloway
Mesquite, TX 75149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 416.35

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.18** | **Nonpriority creditor's name and mailing address**

Civic Financial Services, LLC
2015 Manhattan Beach Blvd
Ste 109
Redondo Beach, CA 90278

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____5809_____

---

**3.19** | **Nonpriority creditor's name and mailing address**

Core Funding Source, LLC
49 Front St
Ste 6
Rockville Centre, NY 11570

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 42,600.00

Date or dates debt was incurred _____
Last 4 digits of account number _____6317_____

---

**3.20** | **Nonpriority creditor's name and mailing address**

Corporation Service Company
PO Box 2576
Ste 109
Springfield, IL 62708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____5809_____

---

**3.21** | **Nonpriority creditor's name and mailing address**

Crestwood Center / TX Prince Properties
3950 W Walnut Hill Lane
Ste 3950
Irving, TX 75038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Lockett N Global Solutions, Inc dba Lockett-N-Homes _____ Case number *(if known)* _____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **22**  **Nonpriority creditor's name and mailing address**

CT Corporation Systems
330 N Brand Blvd
Ste 700
Glendale, CA 91203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**   5809

---

**3.** **23**  **Nonpriority creditor's name and mailing address**

Emmy Capital Group, LLC c/o Steven
Zakharyayev
10 W 37th St
Room 602
New York, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 95,000.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**   5809

---

**3.** **24**  **Nonpriority creditor's name and mailing address**

FedEx
PO Box 660481
Dallas, TX 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 700.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**   7411

---

**3.** **25**  **Nonpriority creditor's name and mailing address**

I-Got-Funded
30 N Gould
Ste N
Sheridan, WY 82801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 149,000.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**   6317

---

**3.** **26**  **Nonpriority creditor's name and mailing address**

Imperial Finance c/o Financial Network Recovery
PO Box 940730
Simi Valley, CA 93094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,861.38

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**   3601

---

Debtor  Lockett In Global Solutions, Inc dba Lockett-N-Homes    Case number *(if known)*_____
　　　　 Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.27 Nonpriority creditor's name and mailing address**

JNG Capital LLC
162 Elmora Ave
Ste 109
Elizabeth, NJ 07202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 5809

---

**3.28 Nonpriority creditor's name and mailing address**

Knight Capital Funding
9 E Loockerman St
Ste 3A-543
Dover, DE 19901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 5809

---

**3.29 Nonpriority creditor's name and mailing address**

Lifetime Funding LLC
585 Stewart Ave
Ste L90
Garden City, NY 11530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 41,692.30

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 5809

---

**3.30 Nonpriority creditor's name and mailing address**

Lockett In Global Solutions, LLC
21550 Oxnard St
Ste 360
Woodland Hills, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 5809

---

**3.31 Nonpriority creditor's name and mailing address**

Parkside Funding Group
865 NH-33 Business 3
Unit 192
Freehold, NJ 07728

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 125,000.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

Debtor _____    Case number _(if known)_____
     Lockett H Global Solutions, Inc dba Lockett-N-Homes
     Name

| **Part 2:** | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 32   **Nonpriority creditor's name and mailing address**

Pinnacle Business Funding, LLC
1202 Avenue U
Ste 1115
Brooklyn, NY 11229

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   6317

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 100,000.00

---

**3.** 33   **Nonpriority creditor's name and mailing address**

Pinnacle Business Funding, LLC
1202 Avenue U
Ste 1115
Brooklyn, NY 11229

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35,000.00

---

**3.** 34   **Nonpriority creditor's name and mailing address**

PS Funding c/o Cannon Law LLC
PO Box 678
Lewis Center, OH 4335

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 211,000.00

---

**3.** 35   **Nonpriority creditor's name and mailing address**

Registered Agents Inc
5900 Balcones Drive
Ste 100
Austin, TX 78731

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 36   **Nonpriority creditor's name and mailing address**

Secure Business Funding
418 Broadway
Ste 4
Albany, NY 12207

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   6317

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50,000.00

---

Debtor  Lockett H Global Solutions, Inc dba Lockett-N-Homes _____  Case number *(if known)*_____
        Name

| **Part 2:** | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3. 37**   Nonpriority creditor's name and mailing address

Secured Lender Solutions
PO Box 2576
Ste 109
Springfield, IL 62708-2576

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   5809

$ 0.00

---

**3. 38**   Nonpriority creditor's name and mailing address

Sherwin Williams c/o Levinton Law Firm
1 Pierce Place
Ste 725W
Itasca, IL 60143

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   5613

$ 5,660.17

---

**3. 39**   Nonpriority creditor's name and mailing address

Slate Advance II LLC c/o Ershowsky Verstandig PLLC
290 Central Avenue
Ste 109
Lawrence, NY 11559

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 106,425.00

---

**3. 40**   Nonpriority creditor's name and mailing address

The Home Depot
PO Box 790345
Saint Louis, MO 63179

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   1586

$ 27,000.00

---

**3. 41**   Nonpriority creditor's name and mailing address

VState Filings
301 Mill Rd
Ste 109
Hewlett, NY 11557

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   5809

$ 0.00

---

Debtor   Lockett N Global Solutions, Inc dba Lockett-N-Homes

Name

Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 42   **Nonpriority creditor's name and mailing address**

Wells Fargo SBL
PO Box 29482
Ste 109
Phoenix, AZ 85038-8650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    9553

---

**3.** 43   **Nonpriority creditor's name and mailing address**

X Capital Group Corp
100 Cedarhurst
Ste 200
Cedarhurst, NY 11516

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 110,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    6317

---

**3.**____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.**____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.**____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor Lockett-H Global Solutions, Inc dba Lockett-N-Homes
Name

Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. Barnett Garcia<br>3821 Juniper Trace<br>Ste 108<br>Austin, TX, 78738 | Line 3.1<br>☐ Not listed. Explain: | 2001 |
| 4.2. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.3. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | Line ____<br>☐ Not listed. Explain | _____ |

Debtor _Locke-In Global Solutions, Inc dba Locke-N-Homes_   Case number _(if known)_____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ | 1,703,688.32 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 1,703,688.32 |

**Fill in this information to identify the case:**

Debtor name ___Lockett in Global Solutions, Inc dba Lockett-N-Homes___

United States Bankruptcy Court for the: ___Northern District of Texas___

Case number (If known): _____    Chapter ___7___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Commercial Lease Lessee<br><br>Crestwood Center / TX Prince Properties<br>1200 W Walnut Hill Lane<br>Ste 3950<br>Irving, TX, 75038 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name ___Lockett in Global Solutions, Inc dba Lockett-N-Homes___

United States Bankruptcy Court for the: ___Northern District of Texas___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | NewRez LLC dba Shellpo | ☑ D ☐ E/F ☐ G |
| 2.2 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Wells Fargo SBL | ☐ D ☑ E/F ☐ G |
| 2.3 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Bank of America | ☐ D ☑ E/F ☐ G |
| 2.4 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Bank of the West | ☐ D ☑ E/F ☐ G |
| 2.5 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Corporation Service Comp | ☐ D ☑ E/F ☐ G |
| 2.6 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Bank of America | ☐ D ☑ E/F ☐ G |

Debtor  Lockett in Global Solutions, Inc dba Lockett-N-Homes          Case number (if known) _____
        Name

 Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2._7_ Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Civic Financial Services, LLC | ☐ D ☑ E/F ☐ G |
| 2._8_ Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Ace Funding Source LLC | ☐ D ☑ E/F ☐ G |
| 2._9_ Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Emmy Capital Group, LLC c/o Steven Zakharyayev | ☐ D ☑ E/F ☐ G |
| 2._10_ Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Bank of America | ☐ D ☑ E/F ☐ G |
| 2._11_ Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Secured Lender Solutions | ☐ D ☑ E/F ☐ G |
| 2._12_ Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | CT Corporation Systems | ☐ D ☑ E/F ☐ G |
| 2._13_ Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Knight Capital Funding | ☐ D ☑ E/F ☐ G |
| 2._14_ Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | JNG Capital LLC | ☐ D ☑ E/F ☐ G |

| Debtor | Lockett in Global Solutions, Inc dba Lockett-N-Homes | Case number (if known) |
|---|---|---|
| | Name | |

 Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Lifetime Funding LLC | ☐ D ☑ E/F ☐ G |
| 2.16 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | VState Filings | ☐ D ☑ E/F ☐ G |
| 2.17 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Capital Express Inc. | ☐ D ☑ E/F ☐ G |
| 2.18 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Fay Servicing | ☑ D ☐ E/F ☐ G |
| 2.19 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Selene Finance | ☑ D ☐ E/F ☐ G |
| 2.20 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Selene Finance | ☑ D ☐ E/F ☐ G |
| 2.21 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Core Funding Source, LLC | ☐ D ☑ E/F ☐ G |
| 2.22 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Parkside Funding Group | ☐ D ☑ E/F ☐ G |

| Debtor | Lockett in Global Solutions, Inc dba Lockett-N-Homes | Case number *(if known)* |
|---|---|---|
| | Name | |

 Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.23 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Shellpoint | ☑ D ☐ E/F ☐ G |
| 2.24 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Shellpoint | ☑ D ☐ E/F ☐ G |
| 2.25 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Chase Card Services | ☐ D ☑ E/F ☐ G |
| 2.26 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Pinnacle Business Funding, LLC | ☐ D ☑ E/F ☐ G |
| 2.27 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Selene Finance | ☑ D ☐ E/F ☐ G |
| 2.28 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | AMEX Delta Skymiles | ☐ D ☑ E/F ☐ G |
| 2.29 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | I-Got-Funded | ☐ D ☑ E/F ☐ G |
| 2.30 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | X Capital Group Corp | ☐ D ☑ E/F ☐ G |

Debtor  Lockett in Global Solutions, Inc dba Lockett-N-Homes
        Name
                                                        Case number (if known)_____

 **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.31 | Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Selene Finance | ☑ D ☐ E/F ☐ G |
| 2.32 | Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Shellpoint | ☑ D ☐ E/F ☐ G |
| 2.33 | Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Pinnacle Business Funding, LLC | ☐ D ☑ E/F ☐ G |
| 2.34 | Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Selene Finance | ☑ D ☐ E/F ☐ G |
| 2.35 | Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Bank of America | ☐ D ☑ E/F ☐ G |
| 2.36 | Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Secure Business Funding | ☐ D ☑ E/F ☐ G |
| 2.37 | Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Selene Finance | ☑ D ☐ E/F ☐ G |
| 2.38 | Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Selene Finance | ☑ D ☐ E/F ☐ G |

Debtor ___Lockett in Global Solutions, Inc dba Lockett-N-Homes___    Case number (if known)_____
              Name

   **Additional Page if Debtor Has More Codebtors**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|
| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.39 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Selene Finance | ☑ D ☐ E/F ☐ G |
| 2.40 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Selene Finance | ☑ D ☐ E/F ☐ G |
| 2.41 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Shellpoint | ☑ D ☐ E/F ☐ G |
| 2.42 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Shellpoint | ☑ D ☐ E/F ☐ G |
| 2.43 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Shellpoint | ☑ D ☐ E/F ☐ G |
| 2.44 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | The Home Depot | ☐ D ☑ E/F ☐ G |
| 2.45 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Sherwin Williams c/o Levinton Law Firm | ☐ D ☑ E/F ☐ G |
| 2.46 Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | FedEx | ☐ D ☑ E/F ☐ G |

Debtor    Lockett in Global Solutions, Inc dba Lockett-N-Homes
　　　　Name

Case number (if known)_____



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.**47** Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Imperial Finance c/o Financial Network Recovery | ☐ D  ☑ E/F  ☐ G |
| 2.**48** Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | ABC Supply Co Inc c/o DAL Inc | ☐ D  ☑ E/F  ☐ G |
| 2.**49** Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | City of Arlington Water Utilities | ☐ D  ☑ E/F  ☐ G |
| 2.**50** Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | PS Funding c/o Cannon Law LLC | ☐ D  ☑ E/F  ☐ G |
| 2.**51** Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | City of Mesquite | ☐ D  ☑ E/F  ☐ G |
| 2.**52** Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Crestwood Center / TX Prince Properties | ☐ D  ☑ E/F  ☐ G |
| 2.**53** Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Bank of America | ☐ D  ☑ E/F  ☐ G |
| 2.**54** Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Bank of America | ☐ D  ☑ E/F  ☐ G |

Debtor    Lockett in Global Solutions, Inc dba Lockett-N-Homes
_____
Name    Case number *(if known)*_____

 Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.<u>55</u> Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | BOF TX Tower 1320 LLC c/o Boyer Miller | ❏ D ☑ E/F ❏ G |
| 2.<u>56</u> Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | NewRez LLC dba Shellpoint Mortgage Servicing | ☑ D ❏ E/F ❏ G |
| 2.<u>57</u> Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Barclays Advance LLC | ❏ D ☑ E/F ❏ G |
| 2.<u>58</u> Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Lockett In Global Solutions, LLC | ❏ D ☑ E/F ❏ G |
| 2.<u>59</u> Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | NewRez LLC dba Shellpoint Mortgage Servicing | ☑ D ❏ E/F ❏ G |
| 2.<u>60</u> Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | Slate Advance II LLC c/o Ershowsky Verstandig PLLC | ❏ D ☑ E/F ❏ G |
| 2.<u>61</u> Adonis Lockett | 1200 W Walnut Hill Lane Ste 3950 Irving, TX 75038 | NewRez LLC c/o Shellpoint Mortgage Servicing | ☑ D ❏ E/F ❏ G |
| 2.<u>   </u> | | | ❏ D ❏ E/F ❏ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Lockett in Global Solutions, Inc dba Lockett-N-Homes</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:  Northern District of Texas</td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to   Filing date | ☐ Operating a business<br>☐ Other | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to   Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

| Debtor | Lockett in Global Solutions, Inc dba Lockett-N-Homes | | Case number *(if known)*_____ |
|---|---|---|---|
| | Name | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name | | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| 3.2. | _____ Creditor's name | | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ Insider's name | _____ _____ _____ | $_____ | |
| | **Relationship to debtor** _____ | | | |
| 4.2. | _____ Insider's name | _____ _____ _____ | $_____ | |
| | **Relationship to debtor** _____ | | | |

| Debtor | Lockett in Global Solutions, Inc dba Lockett-N-Homes | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Emmy Capital Groupt LLC vs. Lockett In Global Solutions Inc dba Lockett-N-Homes and Adonis Lockett | Debt Collection | Supreme Court of the State of New York, County of Monroe | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>E2025010907 | | 99 Exchange Blvd, Ste. 545<br>Rochester, NY 14614 | |
| 7.2. | **Case title**<br>BOF TX Tower 1320 LLC vs Lockett In Global Solutions, Inc. | | **Court or agency's name and address**<br>68th Judicial District Dallas County | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>DC-25-00344 | Debt Collection | 600 Commerce St., 5th Floor<br>Dallas, TX 75202 | |

| Debtor | Lockett in Global Solutions, Inc dba Lockett-N-Homes | Case number (if known)_____ |
|---|---|---|
| | Name | |

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

| **Part 5:** | **Certain Losses** |
|---|---|

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

| Debtor | Lockett in Global Solutions, Inc dba Lockett-N-Homes | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Guy Harvey Holman | (Cash payment for bankruptcy legal services incl $338.00 court filing fee, $50.00 UCC report) | 05/2025 | $ 2,500.00 |
| | **Address** | | | |
| | 8330 Lyndon B Johnson Fwy Ste 445 Dallas, TX 75243 | | | |

**Email or website address**

**Who made the payment, if not debtor?**

Business

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

| Debtor | Lockett in Global Solutions, Inc dba Lockett-N-Homes | Case number *(if known)* |
|---|---|---|
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____   To _____ |
| 14.2. | | From _____   To _____ |

| Debtor | Lockett in Global Solutions, Inc dba Lockett-N-Homes | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

| Debtor | Lockett in Global Solutions, Inc dba Lockett-N-Homes | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of America (5809) <br> Name | XXXX– 5809 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 05/14/2025 | $ 0.00 |
| 18.2. | Bank of America (0275) <br> Name | XXXX– 0275 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 05/14/2025 | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

Debtor    Lockett in Global Solutions, Inc dba Lockett-N-Homes
_____    Case number (if known)_____
Name

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ Name | | | $_____ |

| Part 12: | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

Debtor ___Lockett in Global Solutions, Inc dba Lockett-N-Homes_____     Case number *(if known)*_____
            Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | **Business name and address**<br><br>_____<br>Name | **Describe the nature of the business** | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | **Business name and address**<br><br>_____<br>Name | **Describe the nature of the business** | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |

---

| Debtor | Lockett in Global Solutions, Inc dba Lockett-N-Homes | Case number *(if known)* |
|---|---|---|
| | Name | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name | |

Debtor  Lockett in Global Solutions, Inc dba Lockett-N-Homes _____    Case number (*if known*)_____
         Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor    Lockett in Global Solutions, Inc dba Lockett-N-Homes    Case number *(if known)*_____
_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2.   _____
        Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | | |

| Debtor | Lockett in Global Solutions, Inc dba Lockett-N-Homes | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

| Name and address of recipient | | |
|---|---|---|
| 30.2 | _____ | _____ |
| | Name | |
| | | _____ |
| | | _____ |
| | | _____ |
| **Relationship to debtor** | | _____ |
| _____ | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/02/2025
               MM / DD / YYYY

✖ /s/ Adonis Lockett                                    Printed name  Adonis Lockett
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name    Lockett in Global Solutions, Inc dba Lockett-N-Homes                    Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**7) Legal Actions**

Slate Advance II, LLC vs Lockett In Global Solutions, Inc. dba LIG Solutions
and dba Locket-N-Homes and Adonis D Locket

EC2025-38594

Debt Collection

Supreme Court of the State of New York, County of Washing

383 Broadway, Fort Edward, NY 12828

Pending

-------

PS Funding Inc vs Indian Hill Acquisitions LLC et al

A2000739

Debt Collection

Hamilton County Court of Please

1000 Main St, Cincinnati, OH 45202

Pending

-------

**18) Closed financial accounts**

Bank of America (7807)        ,                    $0.00

Bank of America (2938)        ,                    $0.00

Bank of America (5554)        ,                    $0.00

Bank of America (4220)        ,                    $0.00

**Fill in this information to identify the case and this filing:**

Debtor Name _____Lockett in Global Solutions, Inc dba Lockett-N-Homes_____

United States Bankruptcy Court for the: _____Northern District of Texas_____

Case number (*If known*): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule ____*

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ *Other document that requires a declaration_____*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/02/2025___          ✖ /s/ Adonis Lockett
                 MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                         Adonis Lockett
                                         Printed name

                                         Managing Member
                                         Position or relationship to debtor

United States Bankruptcy Court

Northern District of Texas

In re:  Lockett in Global Solutions, Inc dba
        Lockett-N-Homes                                    Case No.

                                                           Chapter    7
                    Debtor(s)

**Verification of Creditor Matrix**

    The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date:  _____06/02/2025_____          /s/ Adonis Lockett
                                        _____
                                        Signature of Individual signing on behalf of debtor


                                         Managing Member
                                        _____
                                        Position or relationship to debtor

ABC Supply Co Inc c/o DAL Inc
PO Box 162
Primos, PA 19018


Ace Funding Source LLC
295 Madison Ave
Floor 12
New York, NY 10017


Adonis Lockett
1200 W Walnut Hill Lane
Ste 3950
Irving, TX 75038


AMEX Delta Skymiles
PO Box 96001
Adin, CA 96006


Attorney General of Texas
Bankruptcy Division
P.O. Box 12548
Austin, TX 78711-2540


Bank of America
PO Box 15284
Wilmington, DE 19850


Bank of America
PO Box 15019
Wilmington, DE 19850-5019


Bank of the West
19858 Ventura Blvd
Ste 109
Woodland Hills, CA 91364


Barclays Advance LLC
651 N Broad St
Ste 201
Middletown, DE 19709


Barnett Garcia
3821 Juniper Trace
Ste 108
Austin, TX 78738


BOF TX Tower 1320 LLC c/o Boyer Miller
2925 Richmond Ave
14th Floor
Houston, TX 77098

Capital Express Inc.
405 Lexington Ave
Ste 900
New York, NY 10174


Chase Card Services
PO Box 15298
Wilmington, DE 19850


City of Arlington Water Utilities
PO Box 90020
Arlington, TX 76004


City of Mesquite
757 N Galloway
Mesquite, TX 75149


Civic Financial Services, LLC
2015 Manhattan Beach Blvd
Ste 109
Redondo Beach, CA 90278


Core Funding Source, LLC
49 Front St
Ste 6
Rockville Centre, NY 11570


Corporation Service Company
PO Box 2576
Ste 109
Springfield, IL 62708


Crestwood Center / TX Prince Properties
3950 W Walnut Hill Lane
Ste 3950
Irving, TX 75038


Crestwood Center / TX Prince Properties
1200 W Walnut Hill Lane
Ste 3950
Irving, TX 75038


CT Corporation Systems
330 N Brand Blvd
Ste 700
Glendale, CA 91203


Emmy Capital Group, LLC c/o Steven Zakharyaye
10 W 37th St
Room 602
New York, NY 10018

Fay Servicing
PO Box 88009
Chicago, IL 60680


FedEx
PO Box 660481
Dallas, TX 75266


I-Got-Funded
30 N Gould
Ste N
Sheridan, WY 82801


Imperial Finance c/o Financial Network Recove
PO Box 940730
Simi Valley, CA 93094


Internal Revenue Service
Centralized Insolvency Operations
P.O.Box 7346
Philadelphia, PA 19101-7346


JNG Capital LLC
162 Elmora Ave
Ste 109
Elizabeth, NJ 07202


Knight Capital Funding
9 E Loockerman St
Ste 3A-543
Dover, DE 19901


Lifetime Funding LLC
585 Stewart Ave
Ste L90
Garden City, NY 11530


Linebarger, Goggan Blain & Sampson
2777 N. Stemmons Fwy
Suite 100
Dallas, TX 75207


Lockett In Global Solutions, LLC
21550 Oxnard St
Ste 360
Woodland Hills, CA 91367


McCarthy Holthus
1255 W 15th Street
Ste 1060
Plano, TX 75075

NewRez LLC c/o Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603


NewRez LLC dba Shellpoint Mortgage Servicing
PO Box 10826
Greenville, 29603


NewRez LLC dba Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603


Parkside Funding Group
865 NH-33 Business 3
Unit 192
Freehold, NJ 07728


Pinnacle Business Funding, LLC
1202 Avenue U
Ste 1115
Brooklyn, NY 11229


PS Funding c/o Cannon Law LLC
PO Box 678
Lewis Center, OH 4335


PS Funding c/o Cannon Law LLC
PO Box 678
Lewis Center, OH 43035


Registered Agents Inc
5900 Balcones Drive
Ste 100
Austin, TX 78731


Secure Business Funding
418 Broadway
Ste 4
Albany, NY 12207


Secured Lender Solutions
PO Box 2576
Ste 109
Springfield, IL 62708-2576


Selene Finance
PO Box 8619
Philadelphia, PA 19101-8619

Shellpoint
PO Box 10826
Greenville, SC 29603


Sherwin Williams c/o Levinton Law Firm
1 Pierce Place
Ste 725W
Itasca, IL 60143


Slate Advance II LLC c/o Ershowsky Verstandig
290 Central Avenue
Ste 109
Lawrence, NY 11559


Texas Comptroller of Public Accounts
Revenue Accting Div,-Banker Section
P.O. Box 13528
Austin, TX 78711-3528


Texas Workforce Commission
101 E. 15th St.
Austin, TX 78778-0001


The Home Depot
PO Box 790345
Saint Louis, MO 63179


United States Attorney
Office of the United States Attorney
3rd Floor, 1100 Commerce St.
Dallas, TX 75242-1699


US Attorney General
Dept of Justice/Main Justice Bldg
10th & Constitution Ave NW
Washington, DC 20530-0001


US Trustee Office
1100 Commerce St.
Room 976
Dallas, TX 75242


VState Filings
301 Mill Rd
Ste 109
Hewlett, NY 11557


Wells Fargo SBL
PO Box 29482
Ste 109
Phoenix, AZ 85038-8650

X Capital Group Corp
100 Cedarhurst
Ste 200
Cedarhurst, NY 11516

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Northern District of Texas

**In re** Lockett in Global Solutions, Inc dba Lockett-N-Homes

Case No. _____

**Debtor**

Chapter ⁷ _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,112.00 _____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ 2,112.00 _____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

☐ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor            ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor            ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Any work related to Contested Matters and Adversary Proceedings

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/02/2025
_____

*Date*

/s/ Guy Holman, 24095171
_____

*Signature of Attorney*

Guy Harvey Holman, PLLC
_____

*Name of law firm*
8330 Lyndon B Johnson Fwy
Suite 445
Dallas, TX 75243